UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>IKER DANIEL CASTILLO SARABIA,<br><br>                Defendant. | Case No. MJ23-402<br><br>DETENTION ORDER |

Mr. Castillo Sarabia is charged with possession of controlled substances with intent to distribute, 21 U.S.C. §§ 841, 841(a)(1), 841(b)(1)(B), 18 U.S.C. § 2. The Court held a detention hearing on August 16, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated in the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.     There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

    2.     Mr. Castillo Sarabia stipulated to detention.

    3.     Mr. Castillo Sarabia poses a risk of nonappearance due to ties to a foreign country. In addition, because Mr. Castillo Sarabia was not interviewed by Probation and Pretrial Services, his background and ties to this district are unknown. Mr. Castillo

DETENTION ORDER - 1

Sarabia poses a risk of danger due to the nature of the instant offense. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Castillo Sarabia's appearance at future court hearings while addressing the danger to other persons or the community.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Castillo Sarabia as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Castillo Sarabia shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Castillo Sarabia shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Castillo Sarabia is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Castillo Sarabia, to the United States Marshal, and to the United States Pretrial Services Officer.

//

Dated this 16th day of August, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3